**FILED**
**JANUARY 7, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

08CV130
JUDGE ZAGEL
MAG. JUDGE MASON

~~APPEARANCE~~ FORM FOR PRO SE LITIGANTS
DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

RP

Information entered on this form is required for any person filing a case in this court as a pro se party (that is, without an attorney).

NAME: Cheryl Hennessey
(Please print)

STREET ADDRESS: c/o Thomas Peters, 407 S. Dearborn Suite 1675, Cl

CITY/STATE/ZIP: Chicago, IL

PHONE NUMBER: 312-804-3824

CASE NUMBER: _____

_Cheryl Hennessey_
Signature                                      Date